United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **ADRIAN GUTIERREZ SAUCEDO,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 5:26-CV-00923** |
| § | |
| **MARKWAYNE MULLIN,** *et al.*, § | |
| § | |
| **Respondents.** § | |

## ORDER

Pending before the Court is Petitioner Adrian Gutierrez Saucedo's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Motion for Temporary Restraining Order, (Dkt. 2).

Having reviewed the Petition and Motion, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and Motion, (Dkt. 2), and serve it on Petitioner no later than **May 26, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **May 28, 2026**.

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), the Motion (Dkt. 2), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Daniel.Hu@usdoj.gov.

1 / 2

Additionally, it is further ordered that Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this May 19, 2026.

Diana Saldaña
United States District Judge

2 / 2